### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MYRON JAMES, #144470,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 08-0729-CG-B** |
| **ROBERT HUNTER, et al.,** | : | |
| Defendants. | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that the plaintiff's Motions to Proceed Without Prepayment of Fees (Docs. 2, 8) are hereby **DENIED**, and this action is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 18th day of September, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE