## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MYRON JAMES, #144470,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 08-0729-CG-B |
| **ROBERT HUNTER, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is hereby dismissed without prejudice.

**DONE and ORDERED** this 18th day of September, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE